Attorneys for Plaintiff, William Poteate

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number: C 07 4794 CRB<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Plaintiff Name(s), William Poteate<br><br>Plaintiffs,<br><br>vs.<br><br>Pfizer, Inc., et al.<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, WILLIAM POTEATE, and Defendants, PFIZER, INC., et al. by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: January 17, 2009

By: _____
Peter L. Kaufman
Attorneys for Plaintiff, William Poteate

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1

2  DATED: August 6, 2009        GORDON & REES

3
                                        /s/
4                              By:_____
                                    Stuart M. Gordon
5                                   Attorneys for Defendants

6

7

8  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

9

10  Dated:  **AUG 1 7 2009**

11                                  Hon. Charles R. Breyer
                                    United States District Court
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

PFZR/1035934/6190655v.1

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**